UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80155-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY SIGMAN,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Defendant's Motions to Sever [DE 844 and 852] and the Magistrate Judge's Report and Recommendation [DE 1193]. After a *de novo* review of the Defendant's Motion, the Report of the Magistrate Judge, Defendant's Objections [DE 1210], and the entire record, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED.** Defendant's Motions to Sever **[DE 844 and 852]** are **DENIED.**

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of November, 2013.

                                                              KENNETH A. MARRA
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge James M. Hopkins
All counsel