UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80155-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY SIGMAN,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Defendant's Motion to Exclude Evidence; and Request for Evidentiary Hearing [DE 975] and Defendant's Motion to Dismiss the Indictment and for Other Relief Due to the Government's Viewing, Using and Disseminating Confidential and Privileged Defense Materials [DE 1159] and the Magistrate Judge's Report and Recommendation [DE 1185]. After a *de novo* review of the Defendant's Motion, the Report of the Magistrate Judge, Defendant's Objections [DE 1199] and the entire record, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED.** Defendant's Motion to Exclude Evidence **[DE 975]** and to Dismiss the Indictment **[DE 1159]** are **DENIED.**

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of November, 2013.

                                                _____
                                                KENNETH A. MARRA
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge James M. Hopkins
All counsel