UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80155-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY SIGMAN,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Defendant's Motion to Dismiss Second Superseding Indictment and Supporting Memorandum of Law [DE 1005] and the Magistrate Judge's Report and Recommendation [DE 1195]. After a *de novo* review of the Defendant's Motion, the Report of the Magistrate Judge and the entire record, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED.** Defendant's Motion to Dismiss **[DE 1005]** is **DENIED.**

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of November, 2013.

                                            KENNETH A. MARRA
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge James M. Hopkins
All counsel